UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN SANCHEZ,

                Plaintiff,

    v.

MARK STAGG, Individually and HSF
CONSTRUCTION SERVICES LLC, and
STAGG GROUP,

                Defendants.

**ORDER**

17 Civ. 5562 (ER)

RAMOS, D.J.

On July 21, 2017, Melvin Sanchez brought this action against Mark Stagg, HSF Construction Services LLC, and Stagg Group (collectively, "Defendants") for violation of the Fair Labor Standards Act and the New York Labor Law.  Doc. 1.  On August 17, 2017, the summons was returned executed for each Defendant.  Doc. 5.  Since then, Defendants have not answered the complaint and the parties have not otherwise contacted the Court.  Accordingly, the parties are directed to submit a joint status report by **October 22, 2020**.  Failure to comply with the Court's order could result in sanctions, including dismissal for failure to prosecute.  Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                      Edgardo Ramos, U.S.D.J.