# THE KLEIN LAW GROUP, P.C.

KLEIN, KLEIN, TILLES & RUMACK
39 BROADWAY
SUITE 1530
NEW YORK, NY 10006
Phone: 212-344-9022
Fax: 212-344-0301

www.thekleinlawgroup.com

SUSAN KLEIN
DAVID KLEIN
LESLIE TILLES*
DARREN P.B. RUMACK*†※

XIAN-MING LEI†
STEVEN G. DAVIS
MATTHEW LEVINE
PETER VEKIARELIS

*Member N.Y. & N.J. Bar
†Southern District of New York and the Eastern District of New York
※Also Admittied in District of Columbia

## MEMO ENDORSED

October 8, 2020

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Sanchez v. Stagg et al., 17-cv-5562 (ER)</u>

---

> The case is dismissed without prejudice. The Clerk of Court is directed to close the case.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: <u>10/8/2020</u>
> New York, New York

---

Your Honor:

This firm serves as counsel to Plaintiff in the above captioned action. In response to your request for a status update on this file, please be advised that my client informed me in September 2017 that he was moving out of state, and ceased all communications with my office in spite of several attempts thereafter. To date, we did not hear from Plaintiff again despite repeated attempts.

In light of the unresponsiveness of Plaintiff and the length of time since our last communication, we respectfully request that the case be dismissed without prejudice.

Respectfully submitted,

Darren P.B. Rumack